UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

| JUDGE:   CLINTON E. AVERITTE | |
|---|---|
| DEPUTY CLERK:   E. Brito | COURT REPORTER/TAPE NO:   Digital |
| LAW CLERK: | USPO/PTSO  L. Avent   DEPUTY CLERK |
| INTERPRETER: | COURT TIME:  6 min. |
| DIVISION HELD:   Amarillo | DATE:   11/9/16   TIME:   9:30 a.m. |

2016 NOV -9 AM 10: 34

CR. NO. _____2:16-CR-61_____          DEFT ___3___

UNITED STATES OF AMERICA          §    Denise Williams for
                                        Joshua Frausto_____, AUSA

          V.                                        _____ A ____

BRANDON JOE GOODAN          §    _____ A ____

DEFENDANT(S) NAME(S) AND NUMBER(S)          §    COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

✓ INITIAL APPEARANCE ____IDENTITY ____BOND HEARING ____PRELIMINARY HEARING

____DETENTION HEARING ____COUNSEL DETERMINATION HEARING ____REMOVAL HEARING ____EXTRADITION HEARING

____HEARING CONTINUED ON _____CASE NO. _____ ____OTHER DISTRICT ____DIVISION

✓ DATE OF FEDERAL ARREST/CUSTODY: 11-9-16 ____SURRENDER_____ ____RULE 5/32 ✓ APPEARED ON WRIT

____DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ____PROBATION/SUPERVISED RELEASE VIOLATOR

____DEFT FIRST APPEARANCE WITH COUNSEL.

✓ DEFT ____MW (MATERIAL WITNESS) _____APPEARED ____WITH ✓ WITHOUT COUNSEL

✓ REQUESTS APPOINTED COUNSEL.

✓ FINANCIAL AFFIDAVIT EXECUTED.

____ORDER APPOINTING FEDERAL PUBLIC DEFENDER.

✓ PRIVATE COUNSEL to be APPOINTED _____

____DEFT HAS RETAINED COUNSEL_____

✓ ARRAIGNMENT SET 11-16-16 @ 9:30 am _____ ____DETENTION HEARING SET _____

____PRELIMINARY HEARING SET _____ ____BOND HEARING SET _____

____COUNSEL DETERMINATION HEARING SET _____

____IDENTITY/REMOVAL HEARING SET _____

____BOND ____SET ____REDUCED TO $ _____ ____CASH ____SURETY ____10% ____PR ____UNS ____3RD PTY ____MW

____NO BOND SET AT THIS TIME, ____DAY DETENTION ORDER TO BE ENTERED.

____ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.

____ORDER OF DETENTION PENDING TRIAL ENTERED.

____DEFT ADVISED OF CONDITIONS OF RELEASE.

____BOND EXECUTED ____DEFT ____MW RELEASED ____STATE AUTHORITIES ____INS

✓ DEFT ____MW ✓ REMANDED TO CUSTODY.

____DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.

____WAIVER OF ____PRELIMINARY HEARING ____RULE 5/32 HEARING ____DETENTION HEARING

____COURT FINDS PROBABLE CAUSE ____ID ____PC.

____DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.

____GOVERNMENT TO NOTIFY FOREIGN CONSULAR.

REMARKS: Defendant in state custody; detention moot.