# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 NOV 16 PM 3:06

DEPUTY CLERK _____

HONORABLE: CLINTON E. AVERITTE        PRESIDING

DEPUTY CLERK: E. Brito        COURT REPORTER/TAPE NUMBER: Digital

LAW CLERK: _____        USPO: _____

INTERPRETER: _____        Date: 11/16/16

Cr. No. 2:16-CR-61        DEFT. No. 3

UNITED STATES OF AMERICA §
V. §            Joshua Frausto, _____, AUSA
§
§
BRANDON JOE GOODAN §        Billy Jarrett Johnston        (A)
Defendant's Name        Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT/~~REARRAIGNMENT~~

Time in Court: 10 min.

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty  ☐ None

Days in Trial: _____

Hearing Concluded: ☒ Yes  ☐ No

☐ Defendant SWORN.

☒ Arraignment      ☐ Rearraignment - Held on count (s) 1-2 _____
of the __3__ count(s) ☒ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint
☐ Superseding Information

☐ Sentencing Guidelines

☒ Deft enters a plea of      ☒ Not Guilty   ☐ Guilty   ☐ Nolo

☐ Waiver of Jury Trial

☐ Waiver of Indictment filed

☐ Plea Agreement accepted      ☐ Court defers acceptance of Plea Agreement

☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement

☐ Plea Agreement included with Factual Resume.

☐ Factual Resume filed.

☐ Sentencing set  Date: _____   Time: _____

☐ Trial set for  Date: _____   Time: _____

Pretrial motions due: _____   Discovery motions/Government Responses due: _____

☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.

☐ PSI waiver filed.  PSI due: _____   Pre-sentence Referral Form to: _____

☐ Deft Bond  ☐ Set  ☐ reduced to $ _____  ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR

☐ Deft failed to appear, bench warrant to issue.

☐ Bond  ☐ continued  ☐ forfeited

☒ Deft Custody/Detention continued.

☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: