## FACTUAL RESUME

UNITED STATES OF AMERICA

v.

BRANDON JOE GOODAN
2:16-CR-61-D(03)

_____

Defendant is pleading guilty to Count One of the Superseding Information.

INFORMATION:    Violation of 21 U.S.C. § 843(B) – Unlawful Use of a Communications Facility.

MAXIMUM
PENALTY:        Imprisonment for a period of not more than **four (4) years**; a fine not to exceed **$250,000.00**; a mandatory term of supervised release of not more than one year that follows a term of imprisonment.

Если If the defendant violates the conditions of supervised release, he could be imprisoned for the entire term of supervised release and be subject to additional supervised release.

The defendant may also be required to make restitution to victims or to the community, which may be mandatory under the law, and which defendant agrees may include restitution arising from all relevant conduct, not limited to that arising from the offense of conviction alone, and pay costs of incarceration and supervision.

ASSESSMENT:     Pursuant to 18 U.S.C. § 3013(a), a mandatory assessment of **$100.00** will be made.

ELEMENTS:       Distribution or Possession with Intent to Distribute Methamphetamine

                1.    That the defendant knowingly or intentionally distributed or possessed a controlled substance;

Brandon Joe Goodan
Factual Resume - Page 1

2.    That the substance was in fact methamphetamine; and

3.    That the defendant possessed the substance with the intent to distribute it.

Unlawful Use of a Communications Facility

1.    That the defendant knowingly or intentionally used a "communication facility," as charged; and

2.    That the defendant used the "communication facility" with the intent to commit, to facilitate the commission of, or to cause the commission of, the felony offense of possession with intent to distribute methamphetamine.

FACTS:    On March 1, 2016, an undercover officer with the Amarillo Police Department (APD) sent a text message to telephone number 806-626-8411 in regards to a three-ounce crystal methamphetamine purchase.    Emerald Blunt and Brandon Joe Goodan utilized telephone number 806-626-8411 to communicate with the undercover officer and ultimately coordinated a methamphetamine delivery to take place on March 10, 2016.

On March 10, 2016, two undercover APD officers arrived at the meet location in Amarillo, Texas.    The officers communicated with telephone number 806-626-8411 via text messages to tell Blunt and Goodan that they were at the meet location.    Blunt and Goodan arrived to the meet location shortly after to meet with the officers.    Blunt and Goodan stated that they did not have the methamphetamine yet, but they had to go get it.    Eventually, Brandon Perales, arrived with Goodan to the meet location and delivered approximately 88 gross grams of methamphetamine to the undercover officers.

On April 29, 2016, the DEA South Central Laboratory confirmed that the substance was in fact methamphetamine, a Schedule II controlled substance, with a net weight of 81.6 grams.

**Brandon Joe Goodan**
**Factual Resume - Page 2**

Goodan admits that he knowingly or intentionally used a "communication facility," namely, cellular telephone assigned telephone number 806-626-8411, with the intent to commit, to facilitate the commission of, or to cause the commission of, the felony offense of distribution or possession with intent to distribute methamphetamine. That is, Goodan used cellular telephone assigned telephone number 806-626-8411 to coordinate with the undercover officers about distributing and possessing with intent to distribute methamphetamine.

STATUS:          In Custody.

I, Brandon Joe Goodan, defendant in the above case, hereby state that the facts set forth herein are true and correct.

Dated: 12-8-2016

_____
Brandon Joe Goodan
Defendant

Witnessed By:

_____
Jarrett Johnston
Attorney for Defendant

**Brandon Joe Goodan**
**Factual Resume - Page 3**